**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
99 OCT 29 PM 2:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,

    Plaintiff(s)

    v.                             Civil No. 97-2037(PG)

IVELISSE ROSARIO NIETO, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #16 - Motion Requesting Return of Money to Purchaser | Granted as to the amount presently deposited at the Clerk's office. |

Date: October 28, 1999.

*JUAN M. PEREZ-GIMENEZ*
U.S. District Judge

s/c: Finance Dept.

2

(17)