UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Rural Development,

    Plaintiff

        v.                      Civil No. 97-2037(PG)

IVELLISE ROSARIO-NIETO
RAFAEL DAVID NAZARIO-BELEN,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #18 - Motion Requesting Additional Payment. | Denied. The amount received by the Clerk's office was $53,495.77 which was the amount paid to Mr. Acosta. |

Date: December  16 , 1999.

                              JUAN M. PEREZ-GIMENEZ
                              U.S. District Judge