UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development),

    Plaintiff,

       v.                                 Civil No. 97-2037(PG)

IVELLISE ROSARIO-NIETO
RAFAEL DAVID NAZARIO-BELEN,

    Defendants.

| MOTION | ORDER |
| --- | --- |
| Docket #20 - United States' Informative Motion. | GRANTED. The U.S. Marshal Service shall issue a check to Mr. Arquelio Acosta in the amount of $1,024.23 |

Date: _____May 18_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

USM
5/22/00

