UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development),

    Plaintiff,

    v.                              Civil No.97-2037(PG)

IVELLISE ROSARIO-NIETO
RAFAEL DAVID NAZARIO-BELEN,

    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #25 - MOTION TO SET ASIDE SALE. | **GRANTED.** |

Date: _April 25_, 2002.

                                            JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge

s/cs:to (2)
attys/pts
in ICMS
USM

4/26/02